# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3730

_____

Larry Rodriguez,                          *
                                          *
                Appellant,                *
                                          *   Appeal from the United States
        v.                                *   District Court for the Eastern
                                          *   District of Missouri.
Mallinckrodt, Inc.,                       *
                                          *   [UNPUBLISHED]
                Appellee.                 *

_____

Submitted: March 18, 2009
Filed: March 24, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

        Larry Rodriguez appeals the district court's[1] adverse grant of summary judgment in his diversity product-liability action against Mallinckrodt, Inc. Having conducted de novo review, see Pritchett v. Cottrell, Inc., 512 F.3d 1057, 1062-63 (8th Cir. 2008), we agree with the district court's analysis and find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).